ROBERT FITCH SHEPARD et al., Respondents, *v.* THE METROPOLITAN ELEVATED RAILWAY COMPANY et al., Appellants.

Mem. of decision below, 9 Misc. Rep. 727.
(Argued October 8, 1895; decided October 22, 1895.)

APPEAL from judgment of the General Term of the Superior Court of the city of New York, entered upon an order made July 10, 1894, which affirmed a judgment in favor of plaintiffs entered upon a decision of the court on trial at an Equity Term.

*Brainard Tolles* for appellants.

*E. W. Tyler* for respondents.

Judgment affirmed, with costs; no opinion.
All concur.